FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2007 JAN 25  P 3 22

CLERK *B McCarthy*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

UNITED STATES OF AMERICA    )
    )
v.    )    CR 106-127
    )
REGINALD DEMARCO BARNES    )

## O R D E R

After a careful, *de novo* review of the file, the Court concurs with the Magistrate

Judge's Report and Recommendation, to which no objections have been filed. Accordingly,

the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of

the Court. Therefore, Defendant's motion to suppress is **DENIED**.

SO ORDERED this **25th** day of January, 2007, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE

# United States District Court
## Southern District of Georgia

UNITED STATES OF AMERICA

vs.

REGINALD DEMARCO BARNES

```
*
*          CASE NO.  1:06-CR-127
*
*
*
```

The undersigned, a regularly appointed and qualified deputy in the office of this Clerk of this District, while conducting the business of the Court for said Division does hereby certify the following:

1. Pursuant to instructions from the court, and in the performance of my official duties, I personally placed in the U.S. Mail a sealed envelope bearing the lawful frank of the Court, and properly addressed to each of the persons, parties or attorneys listed below;
   and

2. That the aforementioned envelope(s) contain a copy of the documents known as ORDER _____ dated 1/25/07 _____, which is part of the official records of this case.

Date of Mailing: 1/25/07 _____
Date of Certificate: 1/25/07 _____

SCOTT L. POFF, CLERK

By : _L. Jenders_____

NAME:

1. Reginald Demarco Barnes
2. Richard E. Allen
3. _____
4. _____
5. _____
6. _____
7. _____

Cert/Copy

| | | |
|---|---|---|
| ☐ | ☒ | District Judge |
| ☐ | ☒ | Magistrate Judge |
| ☐ | ☐ | Minutes |
| ☐ | ☐ | U.S. Probation |
| ☐ | ☐ | U.S. Marshal |
| ☐ | ☒ | U.S. Attorney |
| ☐ | ☐ | JAG Office |

Cert/Copy

| | | |
|---|---|---|
| ☐ | ☐ | Dept. of Justice |
| ☐ | ☐ | Dept. of Public Safety |
| ☐ | ☐ | Voter Registrar |
| ☐ | ☐ | U.S. Court of Appeals |
| ☐ | ☐ | Nicole/Debbie |
| ☐ | ☐ | Ray Stalvey |
| ☐ | ☐ | Cindy Reynolds |